

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case name:     Renovation Genius, LLC v. Beverly  Brooks

Appellate case number:   01-21-00063-CV

Trial court case number:  1129720

Trial court:             County Civil Court at Law No. 4 of Harris County

This Court has determined that the exhibits admitted into the evidence at the trial on the merits of the above-referenced cause were not included as part of the reporter's record forwarded to this Court on appeal. Specifically, the reporter's record does not include (1) Plaintiff's Exhibit Nos. 1-9 or (2) "all of the proposed exhibits submitted by defendant," even though volume 1, page 10 of the reporter's record indicates those exhibits were admitted into the evidence. Nor does the reporter's record include any other admitted exhibits. The appellate record does not reflect that appellant requested only a partial reporter's record. *See* TEX. R. APP. P. 34.6(c).

Accordingly, we order the official court reporter for the County Civil Court at Law No. 4 of Harris County to prepare, certify, and file a supplemental reporter's record of the exhibits admitted into the evidence at the trial on the merits of the above-referenced cause. *See* TEX. R. APP. P. 34.6(d) ("If anything relevant is omitted from the reporter's record, . . . the appellate court . . . may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items."). **The supplemental record is due in this Court on or before September 29, 2022.**

We further order appellant to provide **written evidence from the court reporter** showing that appellant has paid the complete reporter's fee, including the portion of the fee for preparation of the supplemental record containing the omitted exhibits, if any, **on or before September 19, 2022**; otherwise, the Court may decide the appeal under the presumptions applicable in cases with partial reporter's records. *See* TEX. R. APP. P. 34.6(c)(4).

It is so ORDERED.


Judge's signature: /s Sarah Beth Landau
                 Acting individually

Date: August 30, 2022